UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FORTUNA HOLDINGS, INC. et al.,<br><br>　　　　　Defendants. | Civ. No. S-11-2984 KJM KJN<br><br><br>ORDER |

　　　　　On July 26, 2013, the parties notified the court that this case had settled and that dispositional documents would be filed within thirty days.

　　　　　On August 26, 2013, plaintiff filed a stipulation signed by both parties, saying that "[p]laintiff and defendants are in the process of finalizing a settlement agreement and require longer than the thirty day grace period." ECF No. 14 at 1.

　　　　　Under Local Rule 160(b), the court may extend the period for filing dispositional documents "on good cause shown." While the parties' stipulation is spare, the court approves it given that plaintiff and counsel for defendants both indicate they require a modest amount of additional time to finalize settlement. The parties are cautioned, however, that they should treat the new date by which dispositional documents are to be filed, of September 23, 2013, as firm.

/////

/////

1

1    IT IS THEREFORE ORDERED that

2         1. The request for an extension of time in which to file dispositional documents is
3    approved; and

4         2. Dispositional documents shall be filed no later than September 23, 2013.

5    DATED: August 27, 2013.

```
                                    _____
                                    UNITED STATES DISTRICT JUDGE
```